AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Joseph Agramonte, | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.    0:14-cv-03399-MGL |
| Travis Bragg, Warden, FCI - Bennettsville, | ) | |
| *Respondent* | ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with
costs.

❐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____ .

■   other: the petitioner, Joseph Agramonte, shall take nothing of the respondent, Travis Bragg, as to the petition filed
and this case is dismissed without prejudice.


This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge, presiding.  The Court adopting the Report and
Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismisses the petition
without prejudice.


Date:    December 8, 2014                                  *ROBIN L. BLUME, CLERK OF COURT*


                                                                        s/G. Mills

                                                     _____
                                                      *Signature of Clerk or Deputy Clerk*